# ARTHUR H. FORMAN
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

March 19, 2024

Hon. Robert M. Levy
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY  11201

        Re: Sai Yan Naing et al. v. Rangoon Restaurant et. al.
           Case No. 23-CV-06606 (NRM)(RML)

Dear Judge Levy:

  This office represents the plaintiffs in the above referenced FLSA action commenced to recover alleged unpaid overtime.  By minute entry dated March 5, 2024, the parties were directed to file a joint status report by March 19, 2024.  I write jointly with Melissa Greenberg, a Senior Associate with Helbraun & Levey LLP, counsel for defendants, to advise the court that the parties respectfully request that your Honor refer the action to the court's FLSA Mediation Panel.

  Thank you for your continued supervision of this dispute.

           Very truly yours,

             /S/

           Arthur H. Forman

AHF/ms